IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| DONNA BURKHARDT, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-02032-B (BH) |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, *Plaintiff's Motion for Summary Judgment*, filed April 16, 2009, is GRANTED, and the *Commissioner's Motion for Summary Judgment*, filed June 11, 2009, is DENIED. The case is REVERSED and REMANDED to the Administrative Law Judge for reconsideration.

SO ORDERED, this 16th day of Nov. , 2009.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE